Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS C. JOHNS, <br><br> Defendant. | Case No. 1:14-cv-01347-WBS-JLT <br><br> ORDER (~~Proposed~~) |

**ORDER** (~~Proposed~~)

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 1:14-cv-01347-WBS-JLT styled *J & J Sports Productions, Inc. v. Johns,* is hereby granted permission to appear telephonically at Defendant's Motion for Summary Judgment hearing scheduled for Tuesday, September 8, 2015 at 2:00 P.M.

Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**:

Dated:  August 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE