UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS C. JOHNS, individually and d/b/a DESERT TRADING POST MARKET AND BAR,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01347-WBS-JLT<br><br>**ORDER ALLOWING DEFENDANT'S ATTORNEY MATTHEW A. PARE TO APPEAR BY PHONE AT THE SEPTEMBER 21, 2015, HEARING REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: Tuesday, September 21 2015<br>Time: 2:00 p.m.<br>Judge: Honorable William B. Shubb<br>Courtroom: 5, 14th Floor |

**GOOD CAUSE APPEARING**, it is hereby ordered that defendant's counsel Matthew A. Pare's request to appear by phone at the hearing regarding defendant's motion for summary judgment on September 21, 2015 at 2:00 p.m., is hereby granted. Attorney Matthew A. Pare can be reached at 619-869-4999. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: September 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE