# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS C. JOHNS, individually and d/b/a DESERT TRADING POST MARKET AND BAR, <br><br> Defendant. | Case No.: 1:14-cv-01347-WBS-JLT <br><br> **ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUE THE FINAL PRETRIAL CONFERENCE DATE AND TRIAL DATE** <br><br> Judge: Honorable William B. Shubb <br> Courtroom: 5, 14th Floor |

**GOOD CAUSE APPEARING**, it is hereby ordered that the stipulation to continue the hearing on defendant's motion for summary judgment and continue the final pretrial conference date and trail date, is hereby granted. The hearing on the motion for summary judgment is hereby reset to October 19, 2015, at 2:00 p.m. All counsel can appear by phone. The final pretrial conference scheduled for October 13, 2015 is continued to November 2, 2015 at 2:00 p.m. Pretrial statements shall be filed no later than October 28, 2015. The trial date of November 17, 2015 shall remain.

---

*[proposed] Order to Continue Hearing on MSJ and Pretrial Date*

1  Dated:  September 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*[proposed] Order to Continue Hearing on MSJ and Pretrial Date*