Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

Matthew A. Pare, SBN 258434
LAW OFFICES OF MATTHEW PARE, APC
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

Tel: 619-869-4999
Fax: 619-754-4581
mattparelawca@gmail.com

Attorneys for Defendant
Thomas C. Johns

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:14-cv-01347-WBS-JLT |
|---|---|
| Plaintiff, | |
| v. | ORDER (~~Proposed~~) |
| THOMAS C. JOHNS, | |
| Defendant. | |

## ORDER (Proposed)

It is hereby ordered that the stipulation to continue the hearing on defendant's motion for summary judgment and continue the final pretrial conference date and trail date, is hereby granted.  The hearing on the motion for summary judgment is hereby reset to November 30, 2015, at 2:00 p.m.  All counsel can appear by phone.  The final pretrial conference is re-scheduled for January 4, 2016, at 2:00 P.M., and the trial date is re-scheduled to February 23, 2016 at 9:00 A.M.

Plaintiff shall serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.


**IT IS SO ORDERED**:


Dated:  October 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

ORDER (Proposed)
CASE NO. 1:14-cv-01347-WBS-JLT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 15, 2015, I caused to serve the following documents entitled:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Matthew A. Pare, Esq.                      Attorneys for Defendant
Law Office of Matthew Pare, APC            Thomas C. Johns
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 15, 2015, at South Pasadena, California.

Dated:  October 15, 2015                    */s/ Vanessa Morales*_____
                                            **VANESSA MORALES**