1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10  J & J Sports Productions, Inc.,          CASE NO. 1:14-cv-01347-WBS-JLT

11                      Plaintiff,           STIPULATION OF DISMISSAL OF
                                             PLAINTIFF'S COMPLAINT AGAINST
12           vs.                             DEFENDANT THOMAS C. JOHNS,
                                             INDIVIDUALLY AND D/B/A DESERT
13  Thomas C. Johns,                         TRADING POST MARKET AND BAR

14                      Defendants.

15

16

17      IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendants THOMAS C. JOHNS, INDIVIDUALLY AND D/B/A DESERT TRADING

19  POST MARKET AND BAR, that the above-entitled action is hereby dismissed **without prejudice**

20  against THOMAS C. JOHNS, INDIVIDUALLY AND D/B/A DESERT TRADING POST

21  MARKET AND BAR subject to the Court's jurisdiction to enforce the settlement agreement reached

    between the Parties.
22
        IT IS FURTHER STIPULATED that provided no Party referenced above has filed a
23
    motion to reopen this action by March 29, 2016, the dismissal shall be deemed to be **with**
24
    **prejudice**.
25  ///

26  ///

27  ///

28      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

    referenced-above shall bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
Case No. 1:14-cv-01347-WBS-JLT
PAGE PAGE 1

1

2

3

4

Dated:  January 19, 2016          *s/Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**

5

By:  Thomas P. Riley

6

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

7

8

9

Dated:  December 31, 2015          *s/Matthew A. Pare*

10

**LAW OFFICES OF MATTHEW PARE, APC**
By: Matthew A. Pare

11

Attorney for Defendant

12

THOMAS C. JOHNS, INDIVIDUALLY AND D/B/A
DESERT TRADING POST MARKET AND BAR

13

14

15

16

17

18

19

20

**IT IS SO ORDERED**:

21

22

**Dated:  January 21, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**Case No. 1:14-cv-01347-WBS-JLT**
**PAGE  PAGE 1**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 29, 2015, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS THOMAS C. JOHNS, INDIVIDUALLY AND D/B/A DESERT TRADING POST MARKET AND BAR**

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

Mr. Matthew A. Pare, Esq.                    (Attorneys for Defendants)
**LAW OFFICES OF MATTHEW A. PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
mattparelawca@gmail.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 29, 2015, at South Pasadena, California.

Dated: December 29, 2015                    *s/Vanessa Ventura*
                                            VANESSA VENTURA

**STIPULATION OF DISMISSAL**
**Case No. 1:14-cv-01347-WBS-JLT**
**PAGE PAGE 1**